# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:10cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| RICHARD DELANO HUSKEY. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's motion for dismissal of the forfeiture of 7 Blue Spruce Drive [Doc. 33].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion [Doc. 33] is **ALLOWED**, and the forfeiture of the real property described in the Notice of Forfeiture and Finding of Probable Cause of the Bill of Indictment as "7 Blue Spruce Drive, Whittier, Jackson County, North Carolina, as described in a Deed at Book 1214, page 193, Jackson County Registry, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon" is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: April 1, 2011

Martin Reidinger
United States District Judge